*E-FILED: January 3, 2013*

1  D. Douglas Shureen, SBN 124613
   McMILLAN & SHUREEN LLP
2  50 Santa Rosa Avenue, Suite 200
   Santa Rosa, CA 95404
3  (707) 525-5400
   (707) 576-7955 (Fax)
4
   Attorneys for Defendant
5  WIRTGEN AMERICA, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RUI COSTA, KIMBERLY COSTA, | CASE No. CV 12-05669 HRL |
| Plaintiffs, | Complaint Filed: 11/5/12 |
| vs. | **STIPULATED ORDER ON MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| WIRTGEN INTERNATIONAL GmbH & Co. KG, WIRTGEN AMERICA, INC., | |
| Defendants. | DATE:<br>TIME:<br>CTRM: 2<br>JUDGE: Hon. Howard R. Lloyd |

17   Further to motion under LR 7-11, the plaintiff and defendant Wirtgen America, Inc.,

18 by and through their undersigned attorneys, hereby stipulate, pursuant to LR 7-12, that

19 this Court's "Order Setting Initial Case Management Conference and ADR Deadlines,"

20 issued on November 5, 2012, be suspended until after this Court has ruled on Wirtgen

21 America's motion to transfer venue; and that a new order setting the initial Case

22 Management Conference be issued by the appropriate court after said decision on venue

23 has been made.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

STIPULATED ORDER                                CASE No. CV 12-05669 HRL

IT IS SO STIPULATED:

By: /s/ D. Douglas Shureen
D. Douglas Shureen
McMILLAN & SHUREEN LLP
50 Santa Rosa Avenue, Suite 200
Santa Rosa, CA 95404
(707) 525-5420 (voice)
(707) 581-2158 (fax)
doug.shureen@mcmillanshureen.com

Attorneys for Defendant, WIRTGEN AMERICA, INC.

By: /s/ John C. Stein
John C. Stein
THE BOCCARDO LAW FIRM INC
111 West St. John St., Suite 400
San Jose, CA 95113
408-298-5678 (Tel)
408-298-7503 (Fax)
jstein@boccardo.com

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 3, 2013

~~Judge, United States District Court~~
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER                    CASE No. CV 12-05669 HRL